**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Aaron Bellamy, Jr. | Case No.: | 16-12264 |
| | Hearing Date: | 11/16/2017 |
| | Chapter: | 13 |
| | Judge: | Vincent F. Papalia |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Vincent F. Papalia , United States Bankruptcy Judge.

**Reason for Hearing:**  Certification in Opposition to Certification of Default of Standing Trustee filed by Debtor

**Location of Hearing:**  Courtroom No. 3B
MLK Jr. Federal Building
50 Walnut Street, 3er floor
Newark, NJ 07102

**Date and Time:**  11/16/2017 at 11:00 A.M , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 10/16//2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Mariela D. Primo
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  October 16, , 20 17  this notice was served on the following: Debtors, Debtor's Attorney, Chapter 13 Trustee and US Trustee Office.

JEANNE A. NAUGHTON, Clerk

By: /s/ Mariela D. Primo
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-12264-VFP
Aaron Bellamy, Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 16, 2017
                              Form ID: pdf900          Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db             +Aaron Bellamy, Jr.,    19 Linwood Place,    East Orange, NJ 07017-1718
aty            +STANZIALE & STANZIALE, P.C.,,   29 Northfield Avenue,    Suite 201,    West Orange, NJ 07052-5358
r               Denise Wright,    Coldwell Banker Mountain View,    303 S. Battleground Avenue,
                 Kings Mountain, NC   28086-3601
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   VFS Lending JV II, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Aaron  Bellamy, Jr. bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
                                                                                             TOTAL: 4
```