Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−12264−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Aaron Bellamy Jr.
  19 Linwood Place
  East Orange, NJ 07017

Social Security No.:
  xxx−xx−9499

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 20, 2017.

On 11/17/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                December 21, 2017
Time:                10:00 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 20, 2017
JAN: mg

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-12264-VFP
Aaron Bellamy, Jr.                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Nov 20, 2017
                              Form ID: 185             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
```
db             +Aaron Bellamy, Jr.,    19 Linwood Place,    East Orange, NJ 07017-1718
aty            +STANZIALE & STANZIALE, P.C.,,    29 Northfield Avenue,    Suite 201,    West Orange, NJ 07052-5358
r               Denise Wright,    Coldwell Banker Mountain View,    303 S. Battleground Avenue,
                 Kings Mountain, NC 28086-3601
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516258834       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
515988600       Auto Insurance Surcharge,    PO Box 4775,    Trenton, NJ 08650-4775
515988598       Auto Insurance Surcharge,    PO Box 4850,    Trenton, NJ 08650-4850
515988599       Auto Insurance Surcharge,    NJ MVS,    PO Box 016,    Trenton, NJ 08666-0166
516026173      +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515988601      +Cleveland County,    Tax Collector,    311 E. Marion Street,    Shelby, NC 28150-4611
516014037      +Cleveland County Tax Collector,    PO Box 370,    Shelby, NC 28151-0370
515988603      +Mbank,    8180 East Kaiser Blvd.,    Anaheim Hills, CA 92808-2277
515988602      +Mbank,    17898 SW McEwan Rd., Ste. 200,    Tigard, OR 97224-7217
516182746      +NJSVS, Surcharge Violation System Office,    NJSVS, Bankruptcy Unit,    PO Box 4850,
                 Trenton, NJ 08650-4850
515988607      +Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
515988606      +Verizon,    500 Technology Dr., Ste 30,    Weldon Spring, MO 63304-2225
515988608      +Visio Financial Services,    Attn: Rogers, Townsend & Thomas, PC,    Substitute Trustee,
                 2550 West Tyvola Rd., Ste. 520,    Charlotte, NC 28217-4551
516456910      +Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,    Charlotte, NC 28217-1962
516456911      +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
516456909       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 23:41:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 23:41:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516187473       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2017 23:41:39      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517054850      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 20 2017 23:42:18      U.S. Bank Trust, N.A.,
                 c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134,
                 U.S. Bank Trust, N.A.,    c/o Caliber Home Loans, Inc. 73134-2500
517054849      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 20 2017 23:42:18      U.S. Bank Trust, N.A.,
                 c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515988605     ##+Rogers, Townsend & Thomas, PC,    220 Executive Center Drive,    Columbia, SC 29210-8421
515988604     ##+Rogers, Townsend & Thomas, PC,    2550 West Tyvola Rd., Ste. 250,    Charlotte, NC 28217-4551
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Nov 20, 2017
                              Form ID: 185             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    VFS Lending JV II, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Aaron  Bellamy, Jr. bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
                                                                                                    TOTAL: 4