U.s Bankruptcy Court
District of New Jersey

Case Name: Aaron Bellamy Jr.

Case# 16-12264-VFP

Objection for relief from stay:

Address <u>1335 Longbanch rd Grover NC 28073</u>

    Objection to the motion filed on 11/28/2017 date of hearing 12/21/2017. I obtained Raymond and Raymond as council to represent me in chapter13 .This law firm has stated they are no longer representing me and this has left me with ineffective assistance of council. This conflict resulted as a disagreement of a third party attorney retainer that was due immediately.Also I have been commited to the sale of the property in which the first sale fell through.This sale was on the structure of the property that I originally borrowed on along with 1 half acre of land . For reasons unknown to me or my realtor this sale was denied. I relisted a larger parcel of the land that was supposedly seperate from the structure originally borrowed on and have a offer that should pay the loan balance off. This has just recently been brought to my attention through my realtor for this property Denise Wright Coldwell Banker. I have also contacted the lien holder clear spring to request loan payoff.

Signature _____

12/4/17

U.s Bankruptcy Court
District of New Jersey

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 DEC -5 P 1:55

BY: _____
    DEPUTY CLERK

Case Name: Aaron Bellamy Jr.

Case# 16-12264-VFP

Objection for relief from stay:

Address 1335 Longbanch rd Grover NC 28073

    Objection to the motion filed on 11/28/2017 date of hearing 12/21/2017. I obtained Raymond and Raymond as council to represent me in chapter13. This law firm has stated they are no longer representing me and this has left me with ineffective assistance of council. This conflict resulted as a disagreement of a third party attorney retainer that was due immediately. Also I have been commited to the sale of the property in which the first sale fell through. This sale was on the structure of the property that I originally borrowed on along with 1 half acre of land. For reasons unknown to me or my realtor this sale was denied. I relisted a larger parcell of the land that was supposedly seperate from the structure originally borrowed on and have a offer that should pay the loan balance off. This has just recently been brought to my attention through my realtor for this property Denise Wright Coldwell Banker. I have also contacted the lien holder clear spring to request loan payoff.

Signature _____

12/4/17

DocuSign Envelope ID: 10F9A289-E26A-44E1-8509-71A88EAF7713
DocuSign Envelope ID: 01181ABD-9395-4B7A-B749-491B537C09BC

## AGREEMENT TO AMEND CONTRACT
WARNING: ALL PARTIES, INCLUDING ANY LENDER AND SETTLEMENT AGENT, MUST BE PROVIDED A COPY OF THIS AGREEMENT

__Harvel Clyde Mullins_____, as Buyer, and
__Aaron Bellamy Jr_____, as Seller,

have entered into a contract on the Offer to Purchase and Contract (form 2-T) or the Offer to Purchase and Contract - Vacant Lot/Land (form 12-T) ("Contract") regarding the purchase and sale of the following property (insert property address): __1335 Long Branch Road, Kings Mountain N.C. 28086__ ("Property").

Buyer and Seller hereby agree to amend the Contract as set forth below [ *check applicable box(es)* ]:

❑ **Purchase Price.** The Purchase Price is hereby changed to: $ _____

❑ **(Additional) Earnest Money.** The (Additional) Earnest Money Deposit is hereby changed to: $ _____

❑ **(Additional) Earnest Money Deposit Date:** The date by which the (Additional) Earnest Money Deposit shall be paid to Escrow Agent is hereby changed to: _____

❑ **Building Deposit.** The Building Deposit is hereby changed to: $ _____

❑ **Due Diligence Fee.** The Due Diligence Fee paid to Seller is hereby changed to: $ _____

☑ **Due Diligence Period.** The expiration date of the Due Diligence Period is hereby changed to __4-7-2017__ at 5:00 p.m., *TIME BEING OF THE ESSENCE.*

☑ **Settlement Date.** The Settlement Date is hereby changed to: __4-10-2017__
  ❑ *(check only if the following also will apply)* Notwithstanding anything to the contrary in the Delay in Settlement/Closing paragraph in the Contract, if a Delaying Party fails to complete Settlement and Closing within four (4) days following the Settlement Date above, the Delaying Party shall be in breach and the Non-Delaying Party may terminate the Contract in accordance with the Delay in Settlement/Closing paragraph.

❑ **Expenses.** The amount Seller shall pay at Settlement toward Buyer's expenses associated with the purchase of the Property is hereby changed to: $ _____

All terms and conditions of the Contract not specifically amended herein shall remain in full force and effect.

THE NORTH CAROLINA ASSOCIATION OF REALTORS®, INC. MAKES NO REPRESENTATION AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION OF THIS FORM IN ANY SPECIFIC TRANSACTION.

Buyer: _[DocuSigned signature: 5DF8F85063F34CE...]_ Date 3/27/2017    Seller: _[DocuSigned: Aaron Bellamy, Jr — 7164F12862464DE...]_ Date 3/29/2017

Buyer: _____ Date _____    Seller: _____ Date _____

Entity Buyer: _____    Entity Seller: _____
(Name of LLC/Corporation/Partnership/Trust/etc.)    (Name of LLC/Corporation/Partnership/Trust/etc.)

By: _____    By: _____
Name: _____    Name: _____
Title: _____    Title: _____
Date: _____    Date: _____

Page 1 of 1



This form jointly approved by:
North Carolina Bar Association
North Carolina Association of REALTORS®, Inc.

FORM 4-T
Revised 7/2015
© 7/2016

REMAX Select 500 W Warren St Shelby, NC 28150
Phone: (704)487-7653    Fax: (704)487-7633    Stephanie Williams    Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

## AGENCY AGREEMENT RENEWAL AND/OR AMENDMENT

This AGENCY AGREEMENT RENEWAL AND/OR AMENDMENT renews and/or amends the following agency agreement (referred to hereafter as the "Agency Agreement")

- ☐ NCAR Form #101 (Exclusive Right to Sell Listing Agreement)    dated _____
- ☒ NCAR Form #103 (Exclusive Right to Sell Listing Agreement)    dated __11/29/2016__
- ☐ NCAR Form #201 (Exclusive Buyer Agency Agreement)    dated _____
- ☐ NCAR Form #203 (Non-Exclusive Buyer Agency Agreement)    dated _____
- ☐ NCAR Form #601 (Exclusive Right to Sell Listing Agreement - Auction Sales)    dated _____

entered into by and between __Aaron Bellamy Jr__ ("Client")
and __Coldwell Banker Mountain View__ Real Estate Firm ("Firm").
Property Address/MLS# (if applicable): __1339 Long Branch Rd, Kings Mountain, 28086__

Client and Firm agree that the Agency Agreement is hereby renewed and/or amended in the manner indicated below (*Fill in applicable blanks; enter "N/A" in any blank not used*):

Renewed and extended until midnight, __November 29__, __2018__. In the event that the term of the Agency Agreement has expired, Client and Firm specifically agree that this Agency Agreement Amendment and/or Renewal shall operate to revive the Agency Agreement for the agreed-upon period of time.

Price shall be changed from $ __36,000.00__ to $ __40,000.00__.

Other amendments: __Change listing to be a total of 9 acres from original listing of 8 acres__

All terms and conditions of the Agency Agreement not specifically amended herein shall remain the same.

**Client and Firm each hereby acknowledge receipt of a signed copy of this document.**

THE NORTH CAROLINA ASSOCIATION OF REALTORS®, INC. MAKES NO REPRESENTATION AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION OF THIS FORM IN ANY SPECIFIC TRANSACTION.

Client: *Aaron Bellamy, Jr* (DocuSigned by: 7164F12862464DE...)    Date: __11/16/2017__

Client: _____    Date: _____

Entity Client: _____
(Name of LLC/Corporation/Partnership/Trust/etc.)
By: _____    Date: _____
Name: _____ Title: _____

Firm (Firm Name): __Coldwell Banker Mountain View__

By: *Denise M Wright*  (DocuSigned by: 78FA940FFD594F1...)    Date: __11/16/2017__
Authorized Representative

Page 1 of 1

North Carolina Association of REALTORS®, Inc.

STANDARD FORM 710
Revised 7/2014
© 7/2017

Coldwell Banker Mountain View, 303 S Battleground Ave Kings Mountain, NC 28086    Phone: (704)739-2220    Fax: (704)739-2202    Bellamy land listing
Denise Wright    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com