Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–12264–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aaron Bellamy Jr.
   19 Linwood Place
   East Orange, NJ 07017

Social Security No.:
   xxx–xx–9499

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:           February 15, 2018
Time:           11:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*123* – Correspondence re: Letter to request extension of time to file Modified Chapter 13 Plan filed by Aaron Bellamy Jr.. (mg)

and transact such other business as may properly come before the meeting.


Dated: February 14, 2018
JAN: jf

                                              Jeanne Naughton
                                              Clerk