| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JOSEPH D. PETROLINO, JR., ESQ. (JDP-6351)**<br>**MARIE-ANN GREENBERG, Esq.**<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>973-227-2840<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>AARON BELLAMY, JR. | Order Filed on February 16, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Case No.: 16-12264 VFP<br><br>Hearing Date:  February 15, 2018<br><br>Judge:  VINCENT F. PAPALIA |

# ORDER EXTENDING TIME TO FILE MODIFIED PLAN

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 16, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:  Aaron Bellamy, Jr.

Case No.:  16-12264

Caption of Order:  **ORDER EXTENDING TIME TO FILE MODIFIED PLAN**

_____

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Request to Dismiss this Case for Debtor's failure to comply with the Court's 12/22/17 Order Denying Confirmation, and the Debtor having filed a letter requesting a further extension of time, and the Court having considered the Chapter 13 Standing Trustee's report, and the Debtor's Response, and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby:

ORDERED, that the Debtor must file a Modified Plan by 3/1/18*; and it is further

ORDERED, that the Debtor must become current in plan payments through March 2018 by 3/1/18*. Based upon the foregoing, the Debtor must pay the amount of $900.00** to the Chapter 13 Trustee by 3/1/18*.; and it is further

ORDERED, that if debtor fails to comply with any of the above provisions, this Case shall be Dismissed and the Trustee may submit an Order Dismissing this Case without further Notice or Hearing.

*at 10:00am.

**in certified or other immediately available and good funds