**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**JOSEPH D. PETROLINO, JR., ESQ. (JDP-6351)
MARIE-ANN GREENBERG, Esq.**
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
973-227-2840
**Chapter 13 Standing Trustee**

IN RE:

AARON BELLAMY, JR.

Order Filed on February 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13 Case No.: 16-12264 VFP**

**Hearing Date: February 15, 2018**

**Judge: VINCENT F. PAPALIA**

**ORDER EXTENDING TIME TO FILE MODIFIED PLAN**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 16, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:  Aaron Bellamy, Jr.

Case No.:  16-12264

Caption of Order:  **ORDER EXTENDING TIME TO FILE MODIFIED PLAN**

_____

      THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Request to Dismiss this Case for Debtor's failure to comply with the Court's 12/22/17 Order Denying Confirmation, and the Debtor having filed a letter requesting a further extension of time, and the Court having considered the Chapter 13 Standing Trustee's report, and the Debtor's Response, and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby:

      ORDERED, that the Debtor must file a Modified Plan by 3/1/18$^{*}$; and it is further

      ORDERED, that the Debtor must become current in plan payments through March 2018 by 3/1/18$^{*}$. Based upon the foregoing, the Debtor must pay the amount of $900.00$^{**}$ to the Chapter 13 Trustee by 3/1/18$^{*}$.; and it is further

      ORDERED, that if debtor fails to comply with any of the above provisions, this Case shall be Dismissed and the Trustee may submit an Order Dismissing this Case without further Notice or Hearing.

*at 10:00am.

**in certified or other immediately available and good funds

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-12264-VFP
Aaron Bellamy, Jr.                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Feb 16, 2018
                       Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db          +Aaron Bellamy, Jr.,   19 Linwood Place,   East Orange, NJ 07017-1718
aty         +STANZIALE & STANZIALE, P.C.,,   29 Northfield Avenue,   Suite 201,   West Orange, NJ 07052-5358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   VFS Lending JV II, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Aaron  Bellamy, Jr. bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
                                                                                                                                                            TOTAL: 4