Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−12264−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aaron Bellamy Jr.
   19 Linwood Place
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9499

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/5/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 6, 2018
JAN: jf

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-12264-VFP
Aaron Bellamy, Jr.                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 06, 2018
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
```
db         +Aaron Bellamy, Jr.,    19 Linwood Place,    East Orange, NJ 07017-1718
aty        +STANZIALE & STANZIALE, P.C.,,    29 Northfield Avenue,    Suite 201,    West Orange, NJ 07052-5358
r           Denise Wright,    Coldwell Banker Mountain View,    303 S. Battleground Avenue,
             Kings Mountain, NC 28086-3601
cr         +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516258834   American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
             Carol Stream, IL 60197-5008
515988598   Auto Insurance Surcharge,    PO Box 4850,    Trenton, NJ 08650-4850
515988600   Auto Insurance Surcharge,    PO Box 4775,    Trenton, NJ 08650-4775
515988599   Auto Insurance Surcharge,    NJ MVS,    PO Box 016,    Trenton, NJ 08666-0166
516026173  +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515988601  +Cleveland County,    Tax Collector,    311 E. Marion Street,    Shelby, NC 28150-4611
516014037  +Cleveland County Tax Collector,    PO Box 370,    Shelby, NC 28151-0370
515988602  +Mbank,    17898 SW McEwan Rd., Ste. 200,    Tigard, OR 97224-7217
515988603  +Mbank,    8180 East Kaiser Blvd.,    Anaheim Hills, CA 92808-2277
516182746  +NJSVS, Surcharge Violation System Office,    NJSVS, Bankruptcy Unit,    PO Box 4850,
             Trenton, NJ 08650-4850
515988604  +Rogers, Townsend & Thomas, PC,    2550 West Tyvola Rd., Ste. 250,    Charlotte, NC 28217-4579
515988608  +Visio Financial Services,    Attn: Rogers, Townsend & Thomas, PC,    Substitute Trustee,
             2550 West Tyvola Rd., Ste. 520,    Charlotte, NC 28217-4551
516456909   Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2018 00:36:55    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2018 00:36:54    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516187473     EDI: JEFFERSONCAP.COM Mar 07 2018 05:13:00    Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
517054850    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 07 2018 00:37:53    U.S. Bank Trust, N.A.,
              c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134,
              U.S. Bank Trust, N.A.,    c/o Caliber Home Loans, Inc. 73134-2500
517054849    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 07 2018 00:37:53    U.S. Bank Trust, N.A.,
              c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
515988606    +EDI: VERIZONEAST.COM Mar 07 2018 05:13:00    Verizon,    500 Technology Dr., Ste 30,
              Weldon Spring, MO 63304-2225
515988607    +EDI: VERIZONCOMB.COM Mar 07 2018 05:13:00    Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
516456910    +EDI: WFFC.COM Mar 07 2018 05:13:00    Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,
              Charlotte, NC 28217-1962
516456911    +EDI: WFFC.COM Mar 07 2018 05:13:00    Wells Fargo Home Mortgage,    3476 Stateview Blvd.,
              Fort Mill, SC 29715-7203
                                                                                              TOTAL: 9
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515988605   ##+Rogers, Townsend & Thomas, PC,    220 Executive Center Drive,    Columbia, SC 29210-8421
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Mar 06, 2018
                               Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   VFS Lending JV II, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Aaron  Bellamy, Jr. bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
                                                                                             TOTAL: 4
```